

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-0053 |
| HERMAN R. ELLIS, JR. | SECTION T(3) |

## ORDER OF RECUSAL

The undersigned, being cognizant of Title 28 Section 455(a) hereby recuses himself from CRIMINAL ACTION NO. 00-0053 'T'.

Accordingly,

**IT IS ORDERED** that the Honorable G. Thomas Porteous, Jr. be **RECUSED** and CRIMINAL ACTION NO. 00-0053 'T' be **REALLOTED**.

New Orleans, Louisiana, this 4th day of May, 2005.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

MAY - 4 2005
REALLOTTED TO
SECT. R