Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY -5 AM II: 11
LORETTA G. WHYTE
CLERK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** HERMAN R ELLIS                     **Case Number:** 053L 2:00CR00053-001T

**Name of Sentencing Judicial Officer:** Honorable G. Thomas Porteous, Jr.

**Offense:** 18 U.S.C. 922 (g)(1) and 18 U.S.C. 924(a)(2) - Felon in possession of a firearm

**Date of Sentence:** April 03, 2002

**Sentence:** Ellis was committed to the custody of the United States Bureau of Prisons for a term 51 months with three years supervised release to follow. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Drug treatment
2. Mental health treatment
3. Orientation and life skills

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** November 06, 2003
**Assistant U.S. Attorney:** Chris Cox             **Defense Attorney:** Gary V. Schwabe

---

### PETITIONING THE COURT

[ ] To issue a warrant                                                          [ X ] To issue a summons

For the appearance of Herman R Ellis before the Honorable Louis Moore, Jr., United States Magistrate Judge on Wednesday, May 18, 2005, at 2:00 p.m. for an Initial Appearance Hearing and to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked at a date and time to be determined once the case is re-allotted to another section of court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| Special Condition No. 1 | Ellis failed to participate in group sessions for drug treatment at the Methodist Counseling Center on the following dates: April 8, 6, 2, and 1, 2004, March 31, 29, 25, 24, 23, 22, 19, 18, 17, 15, 11, 10, 9, 6, 5, 3, 2, and 1, 2004, February 27, 26, 25, 24, and 23, 2004. |
| | Ellis failed to submit a urine specimen to personnel of the United States Probation Office on April 29, 2005. Wllis also failed to submit urine specimens at Methodist Counseling Center on April 6, 2004, March 31, 29, 23, 17, 9, 5, 1, 2004, and February 25, 2004. |
| Standard Condition No. 3 | This officer instructed Ellis to resume treatment on the following dates: February 16, 2005, December 10, 2004, June 23, 2004, and March 16, 2004. As of this date, Ellis has not resumed outpatient treatment for drug abuse. |
| Standard Condition No. 8 | Ellis submitted urine specimens which tested positive for marijuana to personnel of the Methodist Counseling Center on the following |

Fee_____
Process_____
X Dkid_____
✓ CtRmDep_____
___ Doc. No _____

dates: April 5, 2004, March 30, 2004, March 26, 2004, February 20, 2004, and February 9, 2004. Ellis submitted a urine specimen to personnel of the United States Probation Office on May 2, 2005, which tested positive for marijuana and cocaine by way of non instrumental device(NITD). Ellis also submitted a urine specimen to personnel of the United States Probation Office on December 16, 2003, by way of NITD which tested positive for marijuana.

**CUSTODIAL STATUS :   NONE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 03, 2005

_____
Terrilyn E. Dunn
Senior U.S. Probation Officer

REVIEWED BY:
_____
Christy L. Waters
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

May 5, 2005
_____
Date

Address of Offender:   4900 E View Drive
                       New Orleans, LA

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING <u>ONLY</u>:
   Original      -  Clerk's Office
   1 Copy Certified    -  U.S. Attorney
   1 Copy Certified    -  U.S. Marshal's Office
   2 Copies Certified  -  U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING