MINUTE ENTRY
MOORE, M.J.
MAY 18, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS                                                       NO. **00-053**

HERMAN R. ELLIS                                              SECTION **"R"**

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL _____
              X / ASST. U. S. ATTORNEY ~~CHRISTOPHER COX, III~~ *Juan Madinari*
              X / PROBATION OFFICER TERRILYN E. DUNN
              __ / INTERPRETER,_____, SWORN  (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED)  WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
X / BOND SET AT 5,000.00 *Personal Appearance*
  1) *Report to Probation*
__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
X / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
__ / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____
__ / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_____

X / **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET**
    **BEFORE UNITED STATES DISTRICT JUDGE SARAH S. VANCE**

MJSTAR:  :10