```
                                                         FILED
                                                    U.S. DISTRICT COURT
                                                   EASTERN DISTRICT OF LA

                                                   2005 MAY 19 AM 7:42

                                                    LORETTA G. WHYTE
                 UNITED STATES DISTRICT COURT             CLERK
                  EASTERN DISTRICT OF LOUISIANA
                                           CR. NO. 00-053 R
```

UNITED STATES OF AMERICA ) **O R D E R**
) X/   Appointing Counsel
VERSUS ) _/   Substituting Counsel For:
)     _____
HERMAN R. ELLIS ) _/   Ratifying Prior Service
_/   Extending Appointment for
Appeal

CHARGE: SUPERVISED RELEASE VIOLATION

☐ Felony    ☐ Misdemeanor

[X] The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

VIRGINIA LAUGHLIN SCHLUETER, FEDERAL PUBLIC DEFENDER,
500 POYDRAS STREET, ROOM 318, HALE BOGGS FEDERAL BUILDING
NEW ORLEANS, LA 70130 PHONE: (504)589-7930

☐ Federal Public Defender is appointed for the limited purpose of:
_____

☐ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is not totally indigent.

☐ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U.S. District Court, for services of counsel, the total amount of $_____
to be paid within 10 working days or by _____.

☐ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on MAY 18, 2005.

/s/ _____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit-Clerk's Office (Only if defendant is ordered to pay)

___ Fee_____
___ Process_____
[X] Dktd_____
___ CtRmDep_____
___ Doc. No._____