UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.                                    Cr. No. 00-cr-53"R"

HERMAN R. ELLIS

To:   HERMAN R. ELLIS
      4900 E. View Drive
      New Orleans, LA

You are hereby summoned to appear before the United States District Court for the Eastern District of Louisiana at the Hale Boggs Federal Building and U.S. Courthouse, 500 Poydras Street, Room B407 in the city of New Orleans on the 18th day of May, 2005 at 2:00PM to answer an order of the court charging you with violations of supervised release

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

---

**PLEASE NOTE:**

You are also to appear at the U.S. Pretrial Services Agency, Room B-614 Hale Boggs Building, (adjacent to Courthouse) at 1:00PM on the aforementioned date, so that information pertinent to the setting of your bail can be obtained.

You have a right to speak with a lawyer before talking with the Pretrial Services officer. If you do not have a lawyer, you may call the Federal Public Defender at 589-7930.

Date: May 5, 2005                      **LORETTA G. WHYTE, CLERK**
                                       By _B. Catalanotto_
                                          Deputy Clerk

**RETURN**

Service of the summons was made by me at _____ on _____
by (check one box below to indicate appropriate method of service):

[ ] Personal service of the defendant.
[✓] Leaving it with a person of suitable age at the defendant's dwelling and by mailing a copy to the defendant's last known address.

REMARKS:

I declare under penalty of perjury that the foregoing return is true and correct.

_____
Signature of person making service

This summons was received by me at _____ on _____

___ Fee _____
___ Process _____
X  Dkt'd _____
___ CtRmDep _____
___ Doc. No. _____

_____
Defendant

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
UNITED STATES MARSHAL
12 APR 11 54
EASTERN DISTRICT OF LOUISIANA

U. S. MARSHAL
500 POYDRAS ST. RM. C 600
NEW ORLEANS, LA 70130

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for

7003 3110 0003 4687 0827

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HERMAN Ellis
4900 E View DR.
New Orleans, LA

At: Asher

2. Article Number
(Transfer from service label)    7003 3110 0003 4687 0827

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Herman B Ellis   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 5/11/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes