

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 02-053 |
| v. | * | SECTION: "T" 12 |
| **HERMAN ELLIS** | * | |

\* \* \*

### RULE TO REVOKE PROBATION

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who respectfully represents:

**HERMAN ELLIS** pleaded guilty in the Eastern District of Louisiana on November 21, 2001, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), relative to felon in possession of a firearm.

On April 3, 2002, the Court sentenced the defendant to a term of fifty-one (51) months imprisonment and a three (3) year term of Probation. (See **Exhibit 1**, copy of the Judgment and Probation/Commitment Order.)

The terms and conditions of defendant's probation are set forth in the Judgment and also in the Petition for Warrant or Summons for Offender Under Supervision, filed May 5, 2005, and

1

received from the United States Probation Office. (See **Exhibit 2**, copy of the Petition for Warrant or Summons for Offender Under Supervision.) The defendant violated the terms and conditions of his supervised release in the manner set forth in **Exhibit 2**. Specifically:

1. Defendant failed to participate in group sessions for drug treatment at the Methodist Counseling Center on several different dates between February 2004 through April 2004.

2. Defendant failed to submit a urine specimen on several different dates between February 2004 through April 2004 to Metodist Counseling Center and failed to submit a urine specimen to U. S. Probation Office on April 29, 2005.

3. Defendant failed to resume outpatient treatment for drug abuse, as directed.

4. Defendant submitted urine specimens which tested positive for marijuana on several different dates between February 2004 through April 2004 and also submitted a urine specimen to U.S. Probation Office on May 2, 2005, which tested positive for marijuana and cocaine.

**WHEREFORE**, the government prays that the defendant be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can,

why the term of probation granted to him on April 3, 2002, should not be revoked for his failure to abide by the terms of said probation.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
JUAN M. MASINI
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3115

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has ben served upon counsel for all parties via hand delivery, this __18th__ day of May, 2005.

_____
JUAN M. MASINI
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
VS. HERMAN ELLIS
1620 INDEPENDENCE ST.
NEW ORLEANS, LA. 70117

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
(SOC. SEC. NO.)

CRIMINAL ACTION
00-053   T
(CASE NO./SEC.)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,   Month   Day   Year
the defendant appeared in person on this date ---------(   4      3     02)

__WITHOUT COUNSEL    However the court advised defendant of right to counsel and asked
                     whether defendant desired to have counsel appointed by the court
                     and the defendant thereupon waived assistance of counsel.

XX WITH COUNSEL      GARY SCHWABE, ESQ.
                     (Name of Counsel)

Court Reporter's Name: KAREN IBOS    U.S. PROBATION: CATHERINE HARBISON

**PLEA:** _X_ GUILTY, and the court being satisfied   __NOLO CONTENDERE   __NOT GUILTY
that there is a factual basis for the plea.
There being a finding/XXXXXXX of   ( _XX_ GUILTY. NOVEMBER 21, 2001
Defendant as been convicted as charged of the offense(s) of 18§922(g)(1); 924(a)(2)
FELON IN POSSESSION OF A FIREARM AS CHARGED IN A ONE COUNT INDICTMENT.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The Court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **51 MONTHS** as to Count 1. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **3 YEARS**, as to Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions have been adopted by this court, and shall not possess a firearm. In addition, the following special conditions are imposed: 1.) The defendant shall participate in a drug testing and treatment program at the direction of the U.S. Probation Officer. 2.) The defendant shall participate in a mental health treatment program at the direction of the U.S. Probation Officer. 3.) The defendant shall participate in an orientation and life skills program as directed by the U.S. Probation Officer. The Court will waive the fine in this case. Defendant will receive credit for time served. On motion of the Government the COURT ORDERS that Count 2 of the indictment is hereby DISMISSED. Defendant Remanded.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $ 100.00 as to Count(s)  1 , for a total assessment of $ 100.00
IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

---

**IT IS FURTHER ORDERED:**
[ ] The court has determined that the defendant does not have the ability to pay interest.
    The interest requirement is (waived) (modified as follows):

SIGNED BY:                                           CERTIFIED AS A TRUE COPY
xxx   U.S. District Judge                            ON THIS DATE  4-10-02
___   U.S. Magistrate  _____       BY: _____
                 G. THOMAS PORTEOUS, JR.                      Deputy Clerk
                 (Date) 4/03/02

GOVERNMENT EXHIBIT 1

DATE OF ENTRY
APR 8 2002

Fee_____
Process____
X Dkid____
___ CfRmDep____
Doc. No. 35

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY -5 AM 11: 11
LORETTA G. WHYTE
CLERK

**Name of Offender:** HERMAN R ELLIS                **Case Number:** 053L 2:00CR00053-001T

**Name of Sentencing Judicial Officer:** Honorable G. Thomas Porteous, Jr.

**Offense:** 18 U.S.C. 922 (g)(1) and 18 U.S.C. 924(a)(2) - Felon in possession of a firearm

**Date of Sentence:** April 03, 2002

**Sentence:** Ellis was committed to the custody of the United States Bureau of Prisons for a term 51 months with three years supervised release to follow. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Drug treatment
2. Mental health treatment
3. Orientation and life skills

**Type of Supervision:** Supervised Release               **Date Supervision Commenced:** November 06, 2003

**Assistant U.S. Attorney:** Chris Cox                     **Defense Attorney:** Gary V. Schwabe

---

### PETITIONING THE COURT

[ ] To issue a warrant                                          [ X ] To issue a summons

For the appearance of Herman R Ellis before the Honorable Louis Moore, Jr., United States Magistrate Judge on Wednesday, May 18, 2005, at 2:00 p.m. for an Initial Appearance Hearing and to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked at a date and time to be determined once the case is re-allotted to another section of court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

**GOVERNMENT EXHIBIT 2**

| Violation Number | Nature of Non-Compliance |
|---|---|
| Special Condition No. 1 | Ellis failed to participate in group sessions for drug treatment at the Methodist Counseling Center on the following dates: April 8, 6, 2, and 1, 2004, March 31, 29, 25, 24, 23, 22, 19, 18, 17, 15, 11, 10, 9, 6, 5, 3, 2, and 1, 2004, February 27, 26, 25, 24, and 23, 2004.<br><br>Ellis failed to submit a urine specimen to personnel of the United States Probation Office on April 29, 2005. Wllis also failed to submit urine specimens at Methodist Counseling Center on April 6, 2004, March 31, 29, 23, 17, 9, 5, 1, 2004, and February 25, 2004. |
| Standard Condition No. 3 | This officer instructed Ellis to resume treatment on the following dates: February 16, 2005, December 10, 2004, June 23, 2004, and March 16, 2004. As of this date, Ellis has not resumed outpatient treatment for drug abuse. |
| Standard Condition No. 8 | Ellis submitted urine specimens which tested positive for marijuana to personnel of the Methodist Counseling Center on the following |

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

dates: April 5, 2004, March 30, 2004, March 26, 2004, February 20, 2004, and February 9, 2004. Ellis submitted a urine specimen to personnel of the United States Probation Office on May 2, 2005, which tested positive for marijuana and cocaine by way of non instrumental device(NITD). Ellis also submitted a urine specimen to personnel of the United States Probation Office on December 16, 2003, by way of NITD which tested positive for marijuana.

**CUSTODIAL STATUS :   NONE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 03, 2005

_____
Terrilyn E. Dunn
Senior U.S. Probation Officer

REVIEWED BY:

_____
Christy L. Waters
Supervising U. S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

May 5, 2005
_____
Date

Address of Offender:   4900 E View Drive
                       New Orleans, LA

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original         - Clerk's Office
   1 Copy Certified  - U.S. Attorney
   1 Copy Certified  - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

CLERK'S OFFICE
A TRUE COPY
MAY - 5 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana