FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 24 P 12: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-053** |
| v. | * | SECTION: "T" |
| **HERMAN ELLIS** | * | |
| * * * | | |

## ORDER

Considering the motion of the United States of America and the facts set forth therein,

**IT IS HEREBY ORDERED** that the defendant, **HERMAN ELLIS**, appear before this Court, that a copy of this Rule be served upon him, and that he show cause, if any he can, why his term of his probation should not be revoked, on the ___15th___ day of ___June___, at ___9:30___ A.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room ~~C-224~~ C-256, New Orleans, Louisiana.

New Orleans, Louisiana, this ___24th___ day of ___May___, 2005.

_____
~~HONORABLE G. THOMAS PORTEOUS, JR.~~ Sarah Vance
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process 3cc's - USM
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____