```
                    UNITED STATES DISTRICT COURT
                              FILED
                          | May 26, 2005 |
                    EASTERN DISTRICT OF LOUISIANA
                          Loretta G. Whyte
                              Clerk
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-53 |
| VERSUS | SECTION "R" |
| HERMAN ELLIS (BOND) | SUPERVISED RELEASE VIOLATION |

### AMENDED NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

Take Notice that this criminal case has been set for RULE TO REVOKE SUPERVISED RELEASE on JUNE 15, 2005, at 9:30 A.M., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, Courtroom C279, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

DATE: May 26, 2005

TO:
✓ HERMAN ELLIS (BOND)
4900 Eastview
New Orleans, LA 70126

✓ COUNSEL FOR DEFENDANT
Federal Public Defender
New Orleans, LA 70130

LORETTA G. WHYTE, CLERK

by: /s/ Jay Susslin
    Jay Susslin
    Deputy Clerk

✓ AUSA JUAN MASINI
New Orleans, LA 70130

✓ U.S. Marshal

✓ U.S. Probation Officer
  TERRILYN DUNN

✓ U.S. Pretrial Services

✓ JUDGE VANCE

___ Fee
___ Process
_X_ Dktd
___ CtRm
___ Doc. No.

If you change address,
notify clerk of court
by phone, 589-7689

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER:
( ) YES _____
(x) NO Language and/or Dialect