

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET NO. 00-053 |
| v. | * | SECTION: "R" (3) |
| **HERMAN ELLIS** | * | |
| | * * * | |

### UNOPPOSED MOTION AND ORDER WITH INCORPORATED MEMORANDUM TO CONTINUE RULE TO REVOKE PROBATION

**NOW INTO COURT** comes the United States of America through the undersigned Assistant United States Attorney, who moves the Court to continue the Order to Show Cause Rule Revocation Hearing currently scheduled for 15 June 2005 at 2:00 p.m. for the following reasons:

1.

The counsel for the United States of America is scheduled to be on official U. S. Department of Justice travel to Bangkok, Kingdom of Thailand from 13-26 June 2005.

Counsel for the United States has consulted with Mr. Gary Schwabe, Counsel for the Defense, and there is no opposition to this request.

WHEREFORE, the government, with the concurrence of defense counsel, requests that the sentencing be continued.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

JUAN M. MASINI
Assistant United States Attorney
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3000

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 26th day of ____, 20 05.

Assistant United States Attorney