UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET NO. 00-053 |
| v. | * | SECTION: "R" (3) |
| **HERMAN ELLIS** | * | |

\* \* \*

# ORDER

Considering the foregoing unopposed Motion and Incorporated Memorandum to Continue the Order to Show Cause Rule Revocation Hearing in this matter, the Motion to Continue said Order to Show Cause Rule Revocation Hearing is hereby granted and is rescheduled for the 20th day of July, 2005 at 9:30 A.m.

New Orleans, Louisiana, this 31st day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE