UNITED STATES DISTRICT COURT
FILED

| June 1, 2005 |

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL NO. 00-53

VERSUS                                                        SECTION "R"

HERMAN ELLIS (BOND)                              SUPERVISED RELEASE VIOLATION

### NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

As ORDERED by the Court, the RULE TO REVOKE SUPERVISED RELEASE set for June 15, 2005, is hereby CONTINUED  and RESET to be held on JULY 20, 2005, at 9:30 A.M., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, Courtroom C279, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

DATE: June 1, 2005                                    LORETTA G. WHYTE, CLERK

TO:                                                            by: _____
HERMAN ELLIS (BOND)                                     Jay Susslin
4900 Eastview                                                   Deputy Clerk
New Orleans, LA 70126

                                                                 AUSA JUAN MASINI
COUNSEL FOR DEFENDANT                          New Orleans, LA 70130
Federal Public Defender
New Orleans, LA 70130                                  U.S. Marshal

                                                                 U.S. Probation Officer        ___ Fee
                                                                 TERRILYN DUNN               ___ Process
                                                                                                       X  Dktd
                                                                                                       ___ CtRmDep
                                                                 U.S. Pretrial Services          ___ Doc. No.

                                                                 JUDGE VANCE

If you change address,                               MAGISTRATE
notify clerk of court
by phone, 589-7689
                                                                 COURT REPORTER COORDINATOR
                                                                 INTERPRETER:
                                                                 ( ) YES _____
                                                                 (x) NO Language and/or Dialect