**MINUTE ENTRY**
**VANCE, J.**
**JULY 20, 2005**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL**

**VERSUS**                                       **NO. 00-53**

**HERMAN ELLIS (BOND)**                          **SECTION "R"**

**RULE TO REVOKE SUPERVISED RELEASE (NOT HELD)**

**COURTROOM DEPUTY: JAY SUSSLIN**
**COURT REPORTER/RECORDER: ARLENE MOVAHED**

**APPEARANCES:    GARY SCHWABE, FOR DEFENDANT**
**JUAN MASINI, FOR GOVERNMENT**
**HERMAN ELLIS, DEFENDANT**
**AUDREY AVIS, ADMINISTRATOR METHODIST COUNSELING**
**U.S. PROBATION**
**U.S. MARSHALS**

Court begins.
All present and ready.
Defendant present in court.
Counsel appear for the record.
Considering statements of counsel the REVOCATION HEARING is continued until
SEPTEMBER 28, 2005, at 9:30 a.m.
Order to be issued amending conditions of supervised release.
Court adjourned.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No. _____

JS-10: 00:28