UNITED STATES DISTRICT COURT
FILED

| July 20, 2005 |

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                    CRIMINAL NO. 00-53

VERSUS                                       SECTION "R"

HERMAN ELLIS (BOND)                          SUPERVISED RELEASE VIOLATION

### NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

As ORDERED by the Court, the RULE TO REVOKE SUPERVISED RELEASE set for July 20, 2005, is hereby CONTINUED and RESET to be held on SEPTEMBER 28, 2005, at 9:30 A.M., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, Courtroom C279, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: July 20, 2005                          LORETTA G. WHYTE, CLERK

TO:                                          by:
HERMAN ELLIS (BOND)
4900 Eastview                                    **Jay Susslin**
New Orleans, LA 70126                            **Deputy Clerk**

**COUNSEL FOR DEFENDANT**                    AUSA JUAN MASINI
Gary Schwabe                                 New Orleans, LA 70130
Federal Public Defender
New Orleans, LA 70130                        U.S. Marshal

                                             U.S. Probation Officer
                                             TERRILYN DUNN            ___ Fee___
                                                                      ___ Process
                                             U.S. Pretrial Services  _X_ Dktd___
                                                                      ___ CtRmDep
                                             JUDGE VANCE              ___ Doc. No.

                                             MAGISTRATE

If you change address,
notify clerk of court                        COURT REPORTER COORDINATOR
by phone, 589-7689                           INTERPRETER:
                                             ( ) YES _____
                                             (x) NO Language and/or Dialect