UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 00-53

HERMAN ELLIS                                SECTION "R"

## ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE

This matter was before the Court on the Government's rule to revoke defendant Herman Ellis's supervised release. The defendant and his counsel, Gary Schwabe, were present to respond to the allegations contained in the Government's rule to revoke.

A motion was made by the defendant to continue the hearing on the Government's rule to revoke and to add a special condition in addition to the special conditions imposed by the Court in the Judgment and Commitment order of April 3, 2002.

Considering there are no objections from the Government or the United States Probation Officer,

**IT IS ORDERED** that in addition to the mandatory and standard conditions and the special conditions of supervised release imposed by the Court in its Judgment and Commitment order of April 3, 2002, the Court imposes an additional special condition that Mr. Ellis participate in the Holistic Concepts day treatment program.

All other aspects of the Judgment and Commitment order remain in full force and effect.

**IT IS FURTHER ORDERED** that the revocation hearing set for July 20, 2005, is hereby **CONTINUED AND RESET** to be held on **WEDNESDAY, SEPTEMBER 28, 2005 at 9:30 a.m.**

New Orleans, Louisiana, this __25th__ day of July, 2005.

_Sarah Vance_

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**