UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-053 |
| v. | * | SECTION: "R" |
| HERMAN ELLIS, JR. | * | |

\* \* \*

### MOTION AND INCORPORATED MEMORANDUM TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order allowing Assistant United States Attorney Juan M. Masini to be substituted for John R. Morello, who is no longer an Assistant United States Attorney, as counsel of record for the United States.

**WHEREFORE** undersigned counsel respectfully requests that he be substituted for John R. Morello as counsel of record for the United States of America.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

JUAN M. MASINI
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210-B
New Orleans, Louisiana 70130
Telephone: (504) 680-3114

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon Gary V. Schwabe, Jr., Esq., counsel for defendant, by hand delivery this 25th day of July, 2005.

JUAN M. MASINI
Assistant United States Attorney