```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2005 JUL 27  PM 4:52

                                                LORETTA G. WHYTE
                                                      CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-053 |
| v. | * | SECTION: "R" |
| HERMAN ELLIS, JR. | * | |

\* \* \*

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that Assistant United States Attorney Juan M. Masini be substituted for John R. Morello as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this 27th day of July, 2005.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____
```