UNITED STATES DISTRICT COURT
FILED

October 7, 2005

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-53 |
| VERSUS | SECTION "R" |
| HERMAN ELLIS (BOND) | SUPERVISED RELEASE VIOLATION |

### NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

The RULE TO REVOKE SUPERVISED RELEASE set for September 28, 2005, is hereby CONTINUED and RESET to be held on OCTOBER 19, 2005, at 10:00 a.m. before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 777 Florida Street, Baton Rouge, LA 70801.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

DATE: October 7, 2005

TO:
HERMAN ELLIS (BOND)
4900 Eastview
New Orleans, LA 70126

**COUNSEL FOR DEFENDANT**
Gary Schwabe
Federal Public Defender
New Orleans, LA 70130

LORETTA G. WHYTE, CLERK

by: _____
   Jay Susslin
   **Deputy Clerk**

AUSA JUAN MASINI
New Orleans, LA 70130

U.S. Marshal

U.S. Probation Officer
TERRILYN DUNN

U.S. Pretrial Services

**JUDGE VANCE**

MAGISTRATE

Fee_____
Process____
X Dktd_____
  CtRmDep___
  Doc. No.___

**If you change address,
notify clerk of court
by phone, 589-7689**

COURT REPORTER COORDINATOR
INTERPRETER:
( ) YES _____
(x) NO Language and/or Dialect