```
UNITED STATES DISTRICT COURT
            FILED
       October 7, 2005
EASTERN DISTRICT OF LOUISIANA
          Loretta G. Whyte
               Clerk
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-53 |
| VERSUS | SECTION "R" |
| HERMAN ELLIS (BOND) | SUPERVISED RELEASE VIOLATION |

**NOTICE OF RULE TO REVOKE SUPERVISED RELEASE**

The RULE TO REVOKE SUPERVISED RELEASE set for September 28, 2005, is hereby CONTINUED and RESET to be held on OCTOBER 19, 2005, at 10:00 a.m. before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 777 Florida Street, Baton Rouge, LA 70801.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

DATE: October 7, 2005

LORETTA G. WHYTE, CLERK

by: _____
**Jay Susslin**
**Deputy Clerk**

TO:
HERMAN ELLIS (BOND)
4900 Eastview
New Orleans, LA 70126

**COUNSEL FOR DEFENDANT**
Gary Schwabe
Federal Public Defender
New Orleans, LA 70130

AUSA JUAN MASINI
New Orleans, LA 70130

U.S. Marshal

U.S. Probation Officer
TERRILYN DUNN

U.S. Pretrial Services

**JUDGE VANCE**

**MAGISTRATE**

If you change address,
notify clerk of court
by phone, 589-7689

COURT REPORTER COORDINATOR
INTERPRETER:
( ) YES _____
(x) NO Language and/or Dialect

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____