AO 442 (Rev.10/03) Warrant for Arrest

Case 2:00-cr-00053-SSV   Document 63   Filed 05/11/2006   Page 1 of 1

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 12 PM 4:57
LORETTA G. WHYTE
CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WARRANT FOR ARREST |
| HERMAN R ELLIS | |
| | CASE NUMBER: CR 00-53 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Herman R Ellis** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with alleged violations of Supervised Release

in violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
B. Gregory
(By) Deputy Clerk

**February 14, 2006   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____  by _____
Name of Judicial Officer

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Arrested in Houston, TX 4/en by S/TX US Marshals

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Brian W. Fair for S/TX USMS | |
| DATE OF ARREST 05/11/2006 | | |

Arrested in S/TX by USM EHA US Marshals (Houston, TX)