

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED  JUN - 7 2006

**LORETTA G. WHYTE**
CLERK

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

MICHAEL N. MILBY
CLERK

POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

DATE:   May 25, 2006

TO:   Clerk, U. S. District Court
Eastern District of Louisiana
C-151 United States Courthouse
500 Camp Street
New Orleans, LA 70130-3367

From:   M. Lerma, Deputy Clerk

Case No. CR H-06-352M

Your Case No. 2:00cr053

USA vs Herman R. Ellis

Enclosed please find all papers pursuant to Rule 5 of the Federal Rules of Criminal Procedure:

[x]   File (including minutes, orders, etc.)

[ ]   Bonds (Any cash deposited in the Registry will be forwarded under separate cover)

[ ]   Passports:

[ ]   Other:

[ x ]   Please sign and return a copy of this form in the enclosed envelope.

Rec'd By: _____

Date: _____

cc:   Finance Section (if cash deposited in the Registry)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:06-mj-00352-ALL
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Ellis | Date Filed: 05/12/2006 |

Assigned to: Magistrate Judge Stephen Smith

**Defendant**

**Herman R. Ellis (1)**
*TERMINATED: 05/25/2006*

represented by **Herman R. Ellis**
In Custody
PRO SE

**Federal Public Defender**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: [signature]
Deputy Clerk

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2006 | 1 | Copy of Petition for Probation Violation filed in the Eastern District of Louisiana case number 2:00cr53 as to Herman R. Ellis: , filed. (mlerma, ) Additional attachment(s) added on 5/25/2006 (mlerma, ). (Entered: 05/19/2006) |
| 05/12/2006 | 2 | Minute Entry for proceedings held before Judge Stephen Smith :INITIAL APPEARANCE as to Herman R. Ellis,(Deft informed of rights) held on 5/12/2006 Appearances:Q. Ollison AUSA.(ERO:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 05/25/2006) |
| 05/12/2006 | 3 | Sealed CJA 23 Financial Affidavit by Herman R. Ellis , filed.(mlerma, ) (Entered: 05/25/2006) |
| 05/12/2006 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Herman R. Ellis ( Signed by Judge Stephen Smith ). Parties notified. (mlerma, ) (Entered: 05/25/2006) |
| 05/12/2006 | 5 | ORDER OF TEMPORARY Detention as to Herman R. Ellis; to be committed to the custody of the United States Marshal ( Signed by Judge Stephen Smith ). Parties notified. (mlerma, ) (Entered: 05/25/2006) |
| 05/17/2006 | 6 | Minute Entry for proceedings held before Judge Stephen Smith :DETENTION HEARING as to Herman R. Ellis held on 5/17/2006 Appearances:J. Hileman AUSA. P. Bray/Federal Public Defender.(ERO:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 05/25/2006) |
| 05/17/2006 | 7 | WAIVER of Rule 5 & 5.1 Hearings by Herman R. Ellis , filed.(mlerma, ) (Entered: 05/25/2006) |
| 05/17/2006 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Herman R. Ellis. Defendant committed to Eastern District of Louisiana ( Signed by Judge Stephen Smith ). Parties notified. (mlerma, ) (Entered: 05/25/2006) |
| 05/25/2006 | 9 | RULE 5 Papers sent to Eastern District of Louisiana, New Orleans Division as to Herman R. Ellis, filed.(mlerma, ) (Entered: 05/25/2006) |
| 05/25/2006 | | ***Case Terminated as to Herman R. Ellis (mlerma, ) (Entered: 05/25/2006) |

AO 94 (Rev. 12/03) Commitment to Another District

United States Courts
Southern District of Texas
FILED

MAY 17 2006

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS

| UNITED STATES OF AMERICA V. Herman Ellis | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:00cr53 | H-06-352M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify) – Violation of SRT

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE**
Eastern District of Louisiana

**DESCRIPTION OF CHARGES:**
Violation of Supervised Release

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

TO: THE UNITED STATES MARSHAL   DISTRICT OF Southern Texas

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

May 17, 2006
Date

_____
Judge

TRUE COPY I CERTIFY
ATTEST: 5/18/06
MICHAEL N. MILBY, CLERK
By: _____

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466A (Rev 10/03) Waiver of Rule 5 & 5.1 Hearings

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 1 7 2006

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Herman Ellis

Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: H-06-352M

CHARGING DISTRICTS
CASE NUMBER: 2:00 cr 53 R

I understand that charges are pending in the **Eastern** District of **Louisiana**

alleging violation of **Supervised Release** and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Herman P. Ellis Jr.
Defendant

5/17/06
Date

Defense Counsel

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lerma
Deputy Clerk

COURTROOM MINUTES:

- [ ] INITIAL APPEARANCE
- [x] IDENTITY
- [ ] BOND HEARING
- [ ] PRELIMINARY HEARING
- [x] DETENTION HEARING
- [ ] STATUS HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
5-17-06
MICHAEL N. MILBY, Clerk

THE HONORABLE STEPHEN WM. SMITH, Presiding
Deputy Clerk: Jason Marchand

OPEN: 2:19    ADJOURN: 2:27

[x] ERO/Tape No: _____
[x] Other District  [ ] Division _____
INTERPRETER PRESENT [x] No [ ] Yes _____    Case No. _____

CRIMINAL NO. 06-352M    DEFT No. _____    USDJ _____

UNITED STATES OF AMERICA
vs
Herman Ellis

Jay Hileman, AUSA
Peter Bray    F

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: _____
- [x] Deft first appearance. Deft advised of rights/charges [ ] Violation of [ ] Supervised Release/ [ ] Probation
- [x] [x] Deft [ ] MW appeared [x] with [ ] without counsel.
- [ ] Requests appointed counsel. FINANCIAL AFFIDAVIT executed and sworn.
- [ ] Order appointing Federal Public Defender.
- [ ] Order for Partial Reimbursement
- [ ] Private Counsel appointed. _____
- [ ] Deft advises he will retain counsel. He retained _____
- [ ] Bond [ ] set $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR for [ ] Unsecured
- [ ] Surety signatures required _____
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [x] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] ORDER OF DETENTION PENDING TRIAL entered.
- [ ] Deft advised of conditions of release.
- [ ] BOND EXECUTED, [ ] BOND CONTINUED ( [ ] State Authorities, [ ] INS )
- [ ] [ ] Deft [ ] MW REMANDED to CUSTODY.
- [x] Deft ORDERED REMOVED to Originating District.
- [ ] WAIVER of [ ] Preliminary   WAIVER of [ ] Detention   [x] Waiver of Rule 5 Hearings (out of District)
- [ ] Court finds PROBABLE CAUSE [ ] ID [ ] PC.
- [ ] Arraignment set _____   [ ] Detention Hearing set _____
- [ ] Preliminary set _____   [ ] Bond Hearing set _____
- [ ] Counsel Determination Hearing set _____
- [ ] Identity/Removal Hearing set _____
- [ ] _____ Hearing set _____
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.

OTHER PROCEEDINGS/COMMENTS:
_____

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lenna
Deputy Clerk

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ TEXAS

United States Courts
Southern District of Texas
FILED
MAY 2006
Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | |
| Herman Ellis <br> *Defendant* | Case Number: H-06-352M |

Upon motion of the _____ GOVERNMENT _____ , it is ORDERED that a detention hearing is set for __5-17-06__ * at __2:00 pm__
                       *Date*                       *Time*

before _____ JUDGE STEPHEN WM. SMITH _____
                   *Name of Judicial Officer*

_____
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
( _____ ) and produced for the hearing.
    *Other Custodial Official*

Date: __May 12, 2006__

                                                *Stephen Wm. Smith*

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: *Mercedes P. Lerma*
      Deputy Clerk

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

COURTROOM MINUTES:
- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

- [ ] IDENTITY
- [x] PRELIMINARY HEARING
- [ ] STATUS HEARING

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
5-12-06
MICHAEL N. MILBY, Clerk

THE HONORABLE STEPHEN WM. SMITH, Presiding
Deputy Clerk: Jason Marchand
OPEN: 2:48   ADJOURN: 2:56

ERO/Tape No: JSC0506
[x] Other District [ ] Division  ED of Louisiana
INTERPRETER PRESENT [x] No [ ] Yes _____    Case No. 2:00 cr 53

CRIMINAL NO. 06-352 M   DEFT No. ____   USDJ _____

UNITED STATES OF AMERICA
vs
Herman Ellis

Quincy Ollison, AUSA

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [x] Date of arrest: 5-12
- [x] Deft first appearance. Deft advised of rights/charges [x] Violation of [x] Supervised Release/ [ ] Probation
- [x] [x] Deft [ ] MW  appeared [ ] with [x] without counsel.
- [x] Requests appointed counsel. FINANCIAL AFFIDAVIT executed and sworn.
- [x] Order appointing Federal Public Defender.
- [ ] Order for Partial Reimbursement
- [ ] Private Counsel appointed. _____
- [ ] Deft advises he will retain counsel. He retained _____
- [ ] Bond [ ] set $ _____  [ ] Cash [ ] Surety [ ] 10% [ ] PR for [ ] Unsecured
- [ ] Surety signatures required _____, _____
- [x] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] ORDER OF DETENTION PENDING TRIAL entered.
- [ ] Deft advised of conditions of release.
- [ ] BOND EXECUTED. [ ] BOND CONTINUED ( [ ] State Authorities, [ ] INS )
- [x] [x] Deft [ ] MW REMANDED to CUSTODY.
- [ ] Deft ORDERED REMOVED to Originating District.
- [ ] WAIVER of [ ] Preliminary   WAIVER of [ ] Detention   [ ] Waiver of Rule 5 Hearings (out of District)
- [ ] Court finds PROBABLE CAUSE [ ] ID [ ] PC.
- [ ] Arraignment set _____   [x] Detention Hearing set 5-17 @ 2pm
- [ ] Preliminary set _____   [ ] Bond Hearing set _____
- [ ] Counsel Determination Hearing set _____
- [x] Identity/Removal Hearing set 5-17 @ 2pm
- [ ] _____ Hearing set _____
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.

OTHER PROCEEDINGS/COMMENTS:
_____

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lemma
Deputy Clerk