MINUTE ENTRY
MOORE, M.J.
JUNE 14, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA            CRIMINAL ACTION

VERSUS            NO. 00-53

HERMAN ELLIS            SECTION "R"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES: X / DEFENDANT WITH/(WITHOUT) COUNSEL _____
           X / ASST. U. S. ATTORNEY CHRISTOPHER COX _Duane Evans for_
           X / PROBATION OFFICER TERRILYN DUNN _Jeffrey Hurm for_
           __ / INTERPRETER,_____, SWORN (TIME ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR _____

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR June 23, 2006 at 10:00 AM.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR June 15, 2006 at 2:00 p.m.
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET BEFORE UNITED STATES DISTRICT JUDGE SARAH VANCE

__ Fee _____
__ Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No _____

MJSTAR: :/2