

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

00-53

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 02-053 |
| v. | * | SECTION: "R" |
| HERMAN ELLIS | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

I.

**HERMAN ELLIS** pleaded guilty in the Eastern District of Louisiana on November 21, 2001, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), relative to felon in possession of a firearm.

On April 3, 2002, the Court sentenced the defendant to a term of fifty-one (51) months imprisonment and a three (3) year term of Supervised Release. (See **Exhibit 1**, copy of the Judgment and Probation/Commitment Order.)

The terms and conditions of defendant's supervised release are set forth in the Judgment and also in the Petition for Warrant or Summons for Offender Under Supervision, filed February 10,

\_\_ Fee_____
\_\_ Process _____ USM
X  Dktd_____
✓  CtRmDep_____
\_\_ Doc. No_____

2006, and received from the United States Probation Office (See **Exhibit 2**, copy of the Petition for Warrant or Summons for Offender Under Supervision.) The defendant violated the terms and conditions of his supervised release in the manner set forth in **Exhibit 2**. Specifically:

1. The defendant failed to report to the United States Probation Office on January 9, 2006, and a home visit was conducted at his last known address on January 18, 2006, but no one had resided there since the hurricane evacuation. A home visit was made to Ms. Audrey Avis' home, the owner of the group home in which Ellis resided. A neighbor of Ms. Avis advised the officer that Ms. Avis had only returned to New Orleans once since hurricane Katrina. Ms. Avis was contacted via cellular phone and she informed the officer that Ellis evacuated with her to Houston, Texas, and she encouraged Ellis to contact his probation officer to provide his whereabouts but he refused to follow her instructions. Ellis' last known whereabouts was in South Houston, Texas.

**WHEREFORE**, the Government prays that the defendant, **HERMAN ELLIS**, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, why the term of supervision granted him on April 3, 2002 should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

JUAN M. MASINI
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3114