UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
VS. HERMAN ELLIS
1620 INDEPENDENCE ST.
NEW ORLEANS, LA. 70117

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 (SOC. SEC. NO.)

CRIMINAL ACTION
00-053 T
(CASE NO./SEC.)

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2002 APR -8 AM 10:38
LORETTA G. WHYTE CLERK

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date --------( Month 4  Day 3  Year 02 )

__ WITHOUT COUNSEL    However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

XX WITH COUNSEL    GARY SCHWABE, ESQ.
(Name of Counsel)

Court Reporter's Name: KAREN IBOS    U.S. PROBATION: CATHERINE HARBISON

PLEA: X GUILTY, and the court being satisfied __ NOLO CONTENDERE __ NOT GUILTY
that there is a factual basis for the plea.
There being a finding/XXXXXXX of ( XX GUILTY. NOVEMBER 21, 2001
Defendant as been convicted as charged of the offense(s) of 18§922(g)(1); 924(a)(2) FELON IN POSSESSION OF A FIREARM AS CHARGED IN A ONE COUNT INDICTMENT.

   The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The Court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 51 MONTHS as to Count 1. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 YEARS, as to Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions have been adopted by this court, and shall not possess a firearm. In addition, the following special conditions are imposed: 1.) The defendant shall participate in a drug testing and treatment program at the direction of the U.S. Probation Officer. 2.) The defendant shall participate in a mental health treatment program at the direction of the U.S. Probation Officer. 3.) The defendant shall participate in an orientation and life skills program as directed by the U.S. Probation Officer. The Court will waive the fine in this case. Defendant will receive credit for time served. On motion of the Government the COURT ORDERS that Count 2 of the indictment is hereby DISMISSED. Defendant Remanded.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $ 100.00 as to Count(s) 1, for a total assessment of $ 100.00
IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, IT IS HEREBY ORDERED that the general conditions of probation/supervised release set out on the reverse side be imposed.

IT IS FURTHER ORDERED:
[ ] The court has determined that the defendant does not have the ability to pay interest.
   The interest requirement is (waived) (modified as follows):
SIGNED BY:
xxx U.S. District Judge
___ U.S. Magistrate
G. THOMAS PORTEOUS, JR.
(Date) 4/03/02

CERTIFIED AS A TRUE COPY
ON THIS DATE 4-10-02
BY: _____ Deputy Clerk

DATE OF ENTRY
APR 8 2002

Fee____
Process____
X Dkd____
CtRmDep____ 89
Doc. No. 35

GOVERNMENT EXHIBIT 1

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 10 AM 10: 20
LORETTA G. WHYTE
CLERK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** HERMAN R ELLIS         **Case Number:** 053L 2:00CR00053-001T

**Name of Sentencing Judicial Officer:** Honorable G. Thomas Porteous Jr.

**Offense:** 18 U.S.C. 922(g)(1) and U.S.C. 924(a)(2) - Felon in possession of a firearm

**Date of Sentence:** April 03, 2002

**Sentence:** Ellis was committed to the custody of the United States Bureau of Prisons for a term of 51 months with three years supervised release to follow. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Drug treatment
2. Mental health treatment
3. Orientation and life skills

**Type of Supervision:** Supervised Release         **Date Supervision Commenced:** November 06, 2003
**Assistant U.S. Attorney:** Christopher Cox, III      **Defense Attorney:** Gary V. Schwabe

---

### PETITIONING THE COURT

[ X ] To issue a warrant                       [ ] To issue a summons

For the arrest of Herman R Ellis for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**

Standard Condition No. 1

**Nature of Non-Compliance**

After Ellis failed to report to the United States Probation Office on January 9, 2006, a home visit was conducted at his last known address on January 18, 2006. Evidently, no one resided there as a result of the home receiveing extensive damage from the aftermath of Hurricane Katrina. Afterwards, a home visit was conducted at Ms. Audrey Avis' home, who is the owner of the group home in which Ellis resided. This officer spoke to one of Ms. Avis' neighbors who advised that Ms. Avis returned to New Orleans one time since Hurricane Katrina. However she did not know Ms. Avis' whereabouts.

This officer was able to contact Ms. Avis via cellular phone on February 2, 2006. Ms. Avis reported that Ellis evacuated with her to Houston, Texas to escape the dangers of Hurricane Katrina. Ms. Avis further advised that she encouraged Ellis to contact this officer to provide his whereabouts. However he refused to follow her instructions. Ms. Sharon Avis, Ms. Audrey Avis' daughter, reported

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No _____

**GOVERNMENT EXHIBIT 2**

that Ellis' last known whereabouts was in the south side of Houston, Texas.

CUSTODIAL STATUS : NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 02, 2006

Terrilyn E. Dunn
Senior U.S. Probation Officer

REVIEWED BY:

Christy L. Waters
Supervising U. S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

February 9, 2006
Date

Address of Offender:   Unknown

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original         - Clerk's Office
   1 Copy Certified   - U.S. Attorney
   1 Copy Certified   - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

CLERK'S OFFICE
A TRUE COPY
FEB 14 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



JILL N. BENOIT
CHIEF PROBATION OFFICER

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

February 2, 2006

Honorable Sarah S. Vance
United States District Judge
500 Poydras Street, Room C-255
New Orleans, Louisiana 70130

RE: ELLIS, Herman
CR. DKT. NO.: 053L 2:00CR00053-001T
Request for Warrant

Dear Judge Vance:

On April 3, 2002, Herman Ellis appeared before the Honorable G. Thomas Porteous, Jr. to be sentenced after having been convicted of violation of the federal firearms act. As a result, Ellis was committed to the custody of the United States Bureau of Prisons for term of 51 months with three years supervised release to follow. In addition to the standard conditions of supervised release, the following special conditions were ordered: 1) drug treatment; 2) mental health treatment; and 3) orientation and life skills. A $100.00 special assessment fee was also ordered.

Ellis appeared before Your Honor on July 20, 2005 to Show Cause Why Supervised Release Should Not be Revoked. The rule was continued and re-set to be held on September 28, 2005 for a status hearing. However, Ellis evacuated to escape the dangers of Hurricane Katrina. On February 2, 2006, this officer spoke with Ms. Audrey Avis, Ellis' landlord, who advised that Ellis did evacuate to Houston, Texas with her. However, Ellis' whereabouts are unknown at this time.

As a result, this officer has no other alternative but to request a warrant for Ellis' arrest. The Probation Form 12C is attached should Your Honor concur with this recommendation.

Respectfully,

Terrilyn E. Dunn
Senior U.S. Probation Officer

TED/mm

Attachment

**REVIEWED BY:** _____
Christy L. Waters
**Supervising U.S. Probation Officer**