UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-53 |
| v. | * | SECTION: "T" R |
| HERMAN ELLIS | * | |

\* \* \*

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that defendant **HERMAN ELLIS** show cause before the Court at 9:30 a.m., on the 2nd day of August, 2006, why supervised release granted to him on April 3, 2002 should not be revoked.

New Orleans, Louisiana, this 11th day of July, 2006.

Sarah Vance
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____