UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-053 |
| HERMAN ELLIS | * | SECTION: "R" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE REVOCATION HEARING**

**NOW INTO COURT** comes the defendant HERMAN ELLIS, who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the supervised release revocation hearing currently scheduled for August 2, 2006. This request is made on the basis of the following:

I.

Undersigned counsel has a long-standing prior commitment and will be out of the New Orleans area on August 2, 2006. A brief one or two week continuance is necessary to provide continuity of counsel. Additionally, the brief continuance will allow the parties to review available options and alternatives to revocation of supervised release.

1