UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-053 |
| HERMAN ELLIS | * | SECTION: "R" |

**O R D E R**

The foregoing considered,

**IT IS ORDERED** that the revocation hearing in the above captioned matter is hereby continued until the _____ day of _____, 2006, at 9:30 A.M.

New Orleans, Louisiana, this __ day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE