UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-053 |
| HERMAN ELLIS | * | SECTION: "R" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE REVOCATION HEARING**

**NOW INTO COURT** comes the defendant HERMAN ELLIS, who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the supervised release revocation hearing currently scheduled for August 2, 2006. This request is made on the basis of the following:

I.

Undersigned counsel has a long-standing prior commitment and will be out of the New Orleans area on August 2, 2006. A brief one or two week continuance is necessary to provide continuity of counsel. Additionally, the brief continuance will allow the parties to review available options and alternatives to revocation of supervised release.

1

II.

Assistant United States Attorney Juan M. Masini has been contacted and has no objection to a continuance of the revocation hearing.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant a continuance of the revocation hearing.

Respectfully submitted this 24th day of July, 2006.

        VIRGINIA LAUGHLIN SCHLUETER
        Federal Public Defender


        /s/ GARY V. SCHWABE, JR.
        GARY V. SCHWABE, JR.
        Assistant Federal Public Defender
        500 Poydras Street, Suite 318
        New Orleans, Louisiana  70130
        Telephone:  (504) 589-7930
        Bar Roll No.  19780

**CERTIFICATE**

I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Juan Masini, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ GARY V. SCHWABE, JR.
GARY V. SCHWABE, JR.
Assistant Federal Public Defender
500 Poydras Street
Hale Boggs Federal Building, Room 318
New Orleans, Louisiana 70130
(504)589-7930
E-mail: gary_schwabe@fd.org
Bar Roll No. 19780