UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-053 |
| HERMAN ELLIS | * | SECTION: "R" |

**O R D E R**

The foregoing considered,

**IT IS ORDERED** that the revocation hearing in the above captioned matter is hereby continued until the  23rd  day of **August**, 2006, at  9:30  A.M.

New Orleans, Louisiana, this 1st day of August, 2006.

_Sarah Vance_
UNITED STATES DISTRICT JUDGE