**UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                         CRIMINAL NO. 00-53

VERSUS                                           SECTION "R"

HERMAN ELLIS (CUSTODY)                           SUPERVISED RELEASE VIOLATION

### NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

The RULE TO REVOKE SUPERVISED RELEASE set for August 23, 2006, is hereby CONTINUED  and RESET to be held on SEPTEMBER 6, 2006, at 9:30 a.m before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street,  New Orleans, LA  70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: August 25, 2006                    LORETTA G. WHYTE, CLERK

TO:                                      by:  **Jay Susslin**
HERMAN ELLIS                                  **Deputy Clerk**
C/O U.S. MARSHAL'S OFFICE
                                         AUSA JUAN MASINI
**COUNSEL FOR DEFENDANT**                New Orleans, LA 70130
Gary Schwabe
Federal Public Defender                  U.S. Marshal
New Orleans, LA 70130
                                         U.S. Probation Officer
                                         TERRILYN DUNN

                                         U.S. Pretrial Services

                                         **JUDGE VANCE**

                                         **MAGISTRATE**

**If you change address,
notify clerk of court**                  COURT REPORTER COORDINATOR
**by phone, 589-7689**                   INTERPRETER:
                                         ( ) YES _____
                                         (x) NO Language and/or Dialect


HERMAN ELLIS (BOND)
4900 Eastview
New Orleans, LA 70126

United States Attorney
3535 S. Sherwood Forest
Suite 257
Baton Rouge, LA  70816

United States Probation Office
846 Main Street, Suite 111
Houma, LA  70360