**MINUTE ENTRY**
**VANCE, J.**
**SEPTEMBER 6, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATE OF AMERICA** | **CRIMINAL** |
| **VERSUS** | **NO. 00-53** |
| **HERMAN ELLIS (CUSTODY)** | **SECTION "R"** |

### REVOCATION HEARING

**COURTROOM DEPUTY: JAY SUSSLIN**
**COURT REPORTER/RECORDER: JODI SIMCOX**

**APPEARANCES:**   JUAN MASINTI, FOR GOVERNMENT
            GARY SCHWABE, FOR DEFENDANT
            HERMAN ELLIS, DEFENDANT
            U.S. PROBATION OFFICER TERRILYNN DUNN
            U.S. MARSHALS

Court begins.
All present and ready.
Counsel appear for the record.
Court orders rules to revoke DISMISSED.  Defendant is continued on his previous period of supervised release and is released from custody.
See order.
Defendant ordered released.
Court adjourned.

JS-10: 00:14